02-01-15

Dear Mr. Prine ;

FILED IN
1ST COURT OF APPEALS
HOUSTON ~~~~~

FEB - 6 2015

CHRISTOPHER PRINE
CLERK

The reason I'm writing you is about my Transcripts and all Document that took place at my trial, as well as the Police Report.

I had wrote Mr. Chris Daniel, Harris County District Clerk about my Transcripts. He sent some of my Transcript of what he had in file, and he referred me to you to get a copy of all my Transcripts, Court Records, and Police Report.

Could you please send my my Transcript, All Court Records, and Police Reports? My Trial No. 1205837 and Appeal No. 01-09-00802-CR. My Trial was September 3, 2009.

Thank You For Your
Time And Concern.

Please Respond.

Sincerely

Luke Latson

Mr. Luke Latson
TDCJ-ID #1595322
M. Stiles Unit
3060 F.M. 3514
Beaumont, Tx.
77705

Mr. Luke Larson #_____
Mr. Stiles Unit
3060 F.M. 3514
Beaumont, Tx 77705

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
FEB - 6 2015
CHRISTOPHER A. PRINE

Legal
Mail

7700220 6699



NORTH HOUSTON TX ___

03 FEB 2015 PM 2 L

Mr. Christopher A. Prine
Clerk, First Court of Appeals
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

Legal
Mail